# PAUL V. FERNICOLA & ASSOCIATES, LLC

ATTORNEYS AT LAW
219 BROAD STREET
RED BANK, NEW JERSEY 07701

(732) 345-0600
FAX (732) 345-5117
E-MAIL:SECRETARY@FERNICOLALAW.COM
DIRECT EMAIL PVF@FERNICOLALAW.COM

PAUL V. FERNICOLA
CERTIFIED BY THE NJ SUPREME COURT
AS A CIVIL TRIAL ATTORNEY

-----

ROBERT E. MOORE

DIRECT EMAIL REM@FERNICOLALAW.COM

OUR FILE:

18-8008-PGS-LHG

March 29, 2018

RECEIVED
APR 1 8 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**VIA NJ LAWYERS SERVICE**
Clerk, United States District Court
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

RE:   **1940 Route 9, LLC v. Township of Toms River, New Jersey**

Dear Sir and/or Madam:

We are co-counsel to the Plaintiff in the above-entitled matter. We understand that the United States District Court requires Electronic Case Filing (ECF), however, both Paul V. Fernicola, Esq. and his associate Robert E. Moore, Esq. are awaiting their ECF login and password information. We have submitted the ECF Registration form online.

Enclosed please find an original and one (1) copy of Plaintiff's Complaint. Kindly file same and return a stamped "filed" copy to this office. Please charge the recording fee to our account number 141104.

Should you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

TAHIA S. RUTLEDGE, Secretary
PAUL V. FERNICOLA & ASSOCIATES, LLC

PVF/tsr
Enclosures
cc: Robin N. Pick, Esq. via email
    1940 Route 9, LLC via email