41034.00116-HBM

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
Howard B. Mankoff, Esq. - ☎973-618-4118
Attorney I.D. No. 021971981
✉ hbmankoff@mdwcg.com
Pauline F. Tutelo, Esq. - ☎973-618-4146
Attorney I.D. No. 025961996
✉ pftutelo@mdwcg.com
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
📠973-618-0685
ATTORNEYS FOR DEFENDANT - Township of Toms River, New Jersey

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON
## ELECTRONICALLY FILED

| | |
|---|---|
| 1940 ROUTE 9, LLC | CASE NO.: 3:18-CV-08008-PGS-LHG |
| Plaintiffs | Civil Action |
| v. | |
| TOWNSHIP OF TOMS RIVER, NEW JERSEY | **CONSENT ORDER** |
| Defendants | |

THIS MATTER, having come before the court with the consent of counsel, and plaintiff's counsel consenting to vacatE the default entered against the defendant, and the court having no objection thereto,

IT IS on this _____ day of _____, 2018, ORDERED:

1. The default against the defendant is vacated.

2. The defendant will answer or otherwise plead within seven ·(7)

days of the date of this Order.

_____
U.S.D.J.

I HEREBY CONSENT TO THE FORM AND ENTRY OF THIS ORDER.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
Counsel for Defendant
Township of Toms River, New Jersey


/s/ Howard B. Mankoff
_____
HOWARD B. MANKOFF, ESQ.



PAUL V. FERNICOLA & ASSOCIATES, LLC
Counsel for Plaintiff
1940 Route 9, LLC

_____
PAUL V. FERNICOLA, ESQ.

LEGAL/117172084.v1
FOLDER 4 - PLEADINGS