**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068
(973) 618-4100  Fax  (973) 618-0685
*Justin F. Johnson, Resident Managing Attorney*

Direct Dial:  (973) 618-4118
Email:  hbmankoff@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Mount Laurel
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

May 31, 2019

VIA ECF

Hon. Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

  RE:  1940 Route 9, LLC v. Township of Toms River
       Claim No.:    QM-0456
       Insured:      Township of Toms River
       Docket No.:   3:18-cv-08008-PGS-LHG
       Our File No.: 41034.00116

Dear Judge Goodman:

As per the Court's Order entered December 4, 2018, the parties attempted mediation. One mediation session was conducted. Before the second mediation session, it became apparent that additional settlement discussions at this time will not be fruitful. The parties, therefore, request that Your Honor issue an Amended Case Management Order.

Thank you for your consideration.

                              Respectfully,

                              */s/ Howard B. Mankoff*

                              Howard B. Mankoff

HBM:lt
cc:   Paul V. Fernicola, Esq. (via ECF)
      Sieglinde K. Rath, Esq. (via ECF)
LEGAL/122960529.v1