**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068
(973) 618-4100   Fax  (973) 618-0685
*Justin F. Johnson, Resident Managing Attorney*

Direct Dial:  (973) 618-4118
Email:  hbmankoff@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Mount Laurel
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

September 20, 2019

**VIA ELECTRONIC FILING**

Hon. Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

  RE: 1940 Route 9, LLC v. Township of Toms River
     Claim No.: QM-0456
     Insured: Township of Toms River
     Docket No.: 3:18-cv-08008-PGS-LHG
     Our File No.: 41034.00116

Dear Judge Goodman:

  I represent the defendants in this case.  Your Honor's Case Management Order specified that the ESI Stipulation had to be filed by today, September 20, 2019.  Counsel continue to confer and we expect to resolve the issue by Monday, September 23.  We ask that the Court so order.

  Thank you for your consideration.

            Respectfully,

            */s/ Howard B. Mankoff*

            Howard B. Mankoff

HBM:lt
cc: Paul V. Fernicola, Esq. (via ECF)
   Sieglinde K. Rath, Esq. (via ECF)

LEGAL/125046960.v1