**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068
(973) 618-4100  Fax  (973) 618-0685
*Justin F. Johnson, Resident Managing Attorney*

Direct Dial:  (973) 618-4118
Email:  hbmankoff@mdwcg.com

PENNSYLVANIA    OHIO
Allentown       Cincinnati
Doylestown      Cleveland
Erie
Harrisburg      FLORIDA
King of Prussia Ft. Lauderdale
Philadelphia    Jacksonville
Pittsburgh      Orlando
Scranton        Tampa

NEW JERSEY      NEW YORK
Mount Laurel    Long Island
Roseland        New York City
                Westchester
DELAWARE
Wilmington

September 23, 2019

**VIA ELECTRONIC FILING**

Hon. Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

    RE:    1940 Route 9, LLC v. Township of Toms River
           Claim No.:    QM-0456
           Insured:     Township of Toms River
           Docket No.:  3:18-cv-08008-PGS-LHG
           Our File No.: 41034.00116

Dear Judge Goodman:

    Pursuant to your Honor's Case Management Order, please find attached the ESI Stipulation signed by counsel in this matter.

                                Respectfully,

                                */s/ Howard B. Mankoff*

                                Howard B. Mankoff

HBM:lt
cc:    Paul V. Fernicola, Esq. (via ECF)
       Sieglinde K. Rath, Esq. (via ECF)

LEGAL/125046960.v1