**STORZER & ASSOCIATES, P.C.**
Sieglinde K. Rath (SR7208)
Robin N. Pick, *admitted pro hac vice*
9433 Common Brook Road, Suite 208
Owings Mills, MD 21117
Tel: 202.857.9766
Fax: 202.315.3996
*Attorneys for Plaintiff*

-- and --

**MARSHALL DENEHEY WARNER COLEMAN & GOGGIN**
Howard B. Mankoff (021971981)
425 Eagle Rock Ave.
Suite 302
Roseland, NJ 07068
Tel: 973.618.4118
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| 1940 ROUTE 9, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>TOWNSHIP OF TOMS RIVER, NEW JERSEY,<br><br>                    Defendant. | Civ. No. 3:18-cv-08008-PGS-LHG<br><br>**JOINT MOTION BY THE PARTIES TO BIFURCATE TRIAL PURSUANT TO FED. R. CIV. P. 42(b)**<br><br>Returnable 12/16/2019 |

1

Plaintiff 1940 Route 9, LLC and Defendant Township of Toms River, New Jersey jointly move this Court pursuant to Federal Rule of Civil Procedure 42(b) for an Order granting bifurcation of the litigation into two phases, the first for liability, and the second for damages.

The parties will rely upon the Memorandum and Declaration submitted with the within Motion and have provided a proposed form of Order.

Dated: November 22, 2019

|  | Respectfully Submitted, |
|---|---|
| **MARSHALL DENEHEY WARNER COLEMAN & GOGGIN** | **STORZER & ASSOCIATES, P.C.** |
| By: /s/ Howard B. Mankoff | By: /s/ Sieglinde K. Rath |
| Howard B. Mankoff (021971981) | Sieglinde K. Rath (SR7208) |
| 425 Eagle Rock Ave., Suite 302 | Robin N. Pick, *admitted pro hac vice* |
| Roseland, NJ 07068 | 9433 Common Brook Road |
| Tel: 973.618.4118 | Suite 208 |
|  | Owings Mills, MD 21117 |
|  | Tel: 202.857.9766 |
| *Attorney for Defendant* | *Attorneys for Plaintiff* |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within Motion, supporting Memorandum and Declaration as well as proposed form of Order have been served upon the following as follows:

**Electronically Filed**

Howard B. Mankoff (021971981)
425 Eagle Rock Ave.
Suite 302
Roseland, NJ 07068
HBMankoff@MDWCG.com
Tel: 973.618.4118

*Attorney for Defendant*

Paul V. Fernicola
Paul V. Fernicola & Associates, LLC
219 Broad Street
Red Bank, NJ 07701
pvf@fernicolalaw.com
Tel: 732.345.0600

*Attorney for Plaintiff*

/s/ Sieglinde K. Rath
Sieglinde K. Rath (SR7208)
Storzer & Associates
9433 Common Brook Road
Suite 208
Owings Mills, MD 21117
rath@storzerlaw.com
Tel: 202.857.9766

*Attorney for Plaintiff*